UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| CARLOS EDUARDO ARDILES-ADRAZ,<br><br>     Petitioner,<br><br> v.<br><br>PAMELA BONDI, et al.,<br><br>     Respondents. | Case No. C25-0353-LK-SKV<br><br>ORDER APPOINTING FEDERAL PUBLIC DEFENDER |

   This is a 28 U.S.C. § 2241 immigration habeas action. Petitioner has filed a motion to appoint counsel. Dkt. 2. Having considered the motion, Petitioner's financial eligibility, and the balance of the record, the Court finds and ORDERS:

   (1) The Court is in receipt of a letter from the Federal Public Defender's Office indicating that this case falls within the class of cases potentially governed by *Zadvydas v. Davis*, 533 U.S. 678 (2001). Because of the complex issues involved in this case, the interests of justice require that counsel be appointed for petitioner. *See* 18 U.S.C. § 3006A(a)(2)(B). As required by statute, petitioner has demonstrated financial eligibility for such appointment. *See id.* Accordingly, petitioner's request for appointment of counsel is GRANTED. The Court appoints the Federal Public Defender to represent petitioner in these proceedings.

ORDER APPOINTING FEDERAL PUBLIC
DEFENDER - 1

(2) The Court encourages opportunities for junior attorneys and Rule 9 licensed legal interns (accompanied and supervised by a more experienced attorney) to appear and argue in Court. Requests for leave for Rule 9 interns to argue in Court will be freely granted, and the Court may permit multiple attorneys to argue for one party if this creates an opportunity for junior attorneys to participate.

(3) The Clerk shall send copies of this Order to Petitioner, to the Federal Public Defender, to counsel for Respondents, and to the Honorable Lauren J. King.

Dated this 27th day of February, 2025.

S. KATE VAUGHAN
United States Magistrate Judge

ORDER APPOINTING FEDERAL PUBLIC
DEFENDER - 2