UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| CARLOS EDUARDO ARDILES-ADRAZ,<br><br>  Petitioner,<br><br>v.<br><br>PAMELA BONDI, et al.,<br><br>  Respondents. | Case No. C25-0353-LK-SKV<br><br>REPORT AND RECOMMENDATION |

Petitioner initiated this 28 U.S.C. § 2241 immigration habeas action pro se to obtain release from detention. Dkt. 1. Subsequently, the Court appointed the Federal Public Defender to represent Petitioner and the government moved to dismiss the petition. Dkts. 5 & 8. More recently, the government advised that Petitioner was removed from the United States and that this action is now moot. Dkt. 11.

Under Article III of the U.S. Constitution, federal courts may adjudicate only actual, ongoing cases or controversies. *Deakins v. Monaghan*, 484 U.S. 193, 199 (1988). "For a habeas petition to continue to present a live controversy after the petitioner's release or deportation . . . there must be some remaining 'collateral consequence' that may be redressed by success on the petition." *Abdala v. I.N.S.*, 488 F.3d 1061, 1064 (9th Cir. 2007). Because Petitioner's habeas

REPORT AND RECOMMENDATION - 1

petition seeks only release from detention, his claims have been fully resolved. *See id*. at 1065. Accordingly, there is no collateral consequence that could be redressed by the Court and Petitioner's habeas petition should be dismissed as moot. *See id*.

The Court thus recommends this action be DISMISSED without prejudice. A proposed order accompanies this Report and Recommendation

Objections to this Report and Recommendation, if any, should be filed with the Clerk and served upon all parties to this suit not later than **fourteen (14) days** from the date on which this Report and Recommendation is signed. Failure to file objections within the specified time may affect your right to appeal. Objections should be noted for consideration on the District Judge's motions calendar **fourteen (14) days** from the date they are filed. Responses to objections may be filed by **the day before the noting date**. If no timely objections are filed, the matter will be ready for consideration by the District Judge on **June 5, 2025**.

Dated this 15th day of May, 2025.

S. KATE VAUGHAN
United States Magistrate Judge

REPORT AND RECOMMENDATION - 2